```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

ALBERT GREEN, JR, et al.                    CIVIL ACTION

VERSUS                                      NO: 05-1444

JEFFERSON PARISH CORONER                    SECTION: J(4)
OFFICE, et al.
```

                                **ORDER**

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to the **Motion to Dismiss** filed by Defendants IPIK Door Co., Inc., St. Paul Travelers Insurance Company, and Travelers Insurance Company (Rec. Doc. 14), set for hearing on April 26, 2006, has been submitted.  Although Plaintiff has indicated to the Court that he intends to seek leave to file an opposition outside of the time limits, he has not done so yet.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit, particularly for same reasons relating to prescription stated in this Court's Order and Reasons granting the motion to dismiss filed by the Jefferson Parish Coroner (Rec. Doc. 13),

**IT IS ORDERED** that the **Motion to Dismiss** filed by Defendants IPIK Door Co., Inc., St. Paul Travelers Insurance Company, and Travelers Insurance Company (Rec. Doc. 14) should be and is hereby **GRANTED** and Plaintiff's claims against Defendants are

hereby **DISMISSED WITH PREJUDICE** as prescribed.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16.

New Orleans, Louisiana this 21st day of April, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE